UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANI OSIEL MUY ELIAS,<br>Petitioner,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Respondents. | Case No. 3:26-cv-08313-JSC<br><br>**ORDER RE: HABEAS PETITION**<br>Re: Dkt. No. 10 |

On August 21, 2026, the Court granted Petitioner's motion for a preliminary injunction and directed the parties to meet and confer to propose a schedule for resolving the remainder of the case or file a stipulation that the reasoning of the Court's order warrants granting the petition and entering judgment. (Dkt. No. 10 at 7.) To date, the parties have filed neither and the time to do so has run. If the parties do not file a proposed schedule by September 10, 2026, the Court will grant the habeas petition based on the reasoning of its prior Order and enter judgment.

**IT IS SO ORDERED.**

Dated: September 9, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California